JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. FARLEY, JR. AND GLORIA C. FARLEY,<br><br>        Plaintiffs,<br><br>vs.<br><br>AMERICA'S WHOLESALE LENDER, THE BANK OF NEW YORK MELLON FKA THE BAN OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA17, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2006-0A17, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>        Defendants. | CASE NO. CV 13-03510 MMM (VBKx)<br><br>JUDGMENT FOR DEFENDANTS |

      On September 13, 2013, the court dismissed plaintiff Gloria Farley's claims for lack of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure after she failed to respond to the court's August 5, 2013, order to show cause why her claims should not be dismissed for failure to appear at the scheduling conference and failure to follow court orders. On January 17, 2014, the court granted defendants' motion to dismiss Robert Farley's claims for lack of prosecution under Rule 41(b). Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs take nothing by way of their complaint; and
2. That the action be, and it hereby is, dismissed.

DATED: January 22, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2